UNITED STATES of America, Appellee

v.

Weldon GORDON, Appellant.

No. 12-3035
September Term, 2015

United States Court of Appeals,
District of Columbia Circuit.

Filed June 2, 2016

1:09-cr-00153-RMU-2

Vincent H. Cohen, Jr., Peter S. Smith, Assistant U.S. Attorney, U.S. Attorney's Office (USA), Civil Division, Suzanne Grealy Curt, Assistant U.S. Attorney, Elizabeth Trosman, Esquire, Assistant U.S. Attorney, U.S. Attorney's Office (USA), Appellate Division, Washington, DC, for Plaintiff–Appellee.

Gregory L. Lattimer, Esquire, Law Offices of Gregory L. Lattimer, PLLC, Washington, DC, for Defendant–Appellant.

BEFORE: Garland,* Chief Judge, and Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges; and Randolph, Senior Circuit Judge

## ORDER

Per Curiam

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.